IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL SAMUELS,

      Plaintiff,                       No. CIV S-09-2036 DAD P

   vs.

G. ADAME, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges that the named defendants violated his civil rights.  The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

      Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4    2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6     United States District Court
    Eastern District of California
7     2500 Tulare Street
    Fresno, CA 93721

8

9 DATED: July 28, 2009.

10

11 _____
DALE A. DROZD
12 UNITED STATES MAGISTRATE JUDGE

13 DAD:kly
samu2036.22fn
14

15

16

17

18

19

20

21

22

23

24

25

26