# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. ADAME, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-1320-DLB PC<br><br>ORDER REGARDING SUBMISSION OF SERVICE DOCUMENTS<br><br>(DOC. 20)<br><br>RESPONSE DUE WITHIN 30 DAYS |

　　　　Plaintiff Robert Earl Samuels ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's first amended complaint and found that it stated cognizable claims against Defendants R. Nicholas, G. Adame, F. Rivera, B. Medrano, P. Gentry, E. Sailer, D. Snyder, and C. Farnsworth. On June 7, 2010, the Court forwarded service documents for Plaintiff to complete and return in order for the United States Marshal to effect service. Doc. 19. On August 25, 2010, Plaintiff filed a notice with the Court. Doc. 20. Plaintiff contends that he submitted service documents to prison staff at California State Prison at Sacramento on June 24, 2010. However, on August 19, 2010, Plaintiff received one of those documents via institutional mail, indicating that Plaintiff was not successful in sending service documents to this Court. A review of the court docket for this action indicates that the Court has not received any of Plaintiff's service documents.

1      As Plaintiff has demonstrated sufficient cause as to his inability to comply with the Court's June 7, 2010 Order, the Court will grant Plaintiff additional time to submit the service documents.

       Accordingly, it is HEREBY ORDERED that Plaintiff is GRANTED **thirty (30) days** from the date of service of this order to re-submit completed service documents for the United States Marshal to effect service of process.  If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.  The Clerk of the Court is directed to forward to Plaintiff a copy of Court Document 19, including all necessary attached documents.

       IT IS SO ORDERED.

       Dated:   **January 4, 2011**             /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE