# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS, | CASE NO. 1:09-CV-01320-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOCS. 30, 33) |
| G. ADAME, et al., | DEFENDANTS' RESPONSE DUE WITHIN TEN DAYS |
| Defendants. | |

Plaintiff Robert Earl Samuels ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding against Defendants Adame, Farnsworth, Gentry, Medrano, Nicholas, Rivera, Sailer, and Snyder. On March 29, 2011, the Court issued an order for Defendants to either consent or decline magistrate judge jurisdiction in this action. Doc. 30. On May 16, 2011, the Court issued a second order regarding consent or decline. Doc. 33. As of the date of this order, Defendants have not responded.

Accordingly, it is HEREBY ORDERED that Defendants are to show cause within ten (10) days from the date of service of this order why they have not complied with the Court's previous two orders.

IT IS SO ORDERED.

   Dated:   **July 7, 2011**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE