# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. ADAME, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01320-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF No. 63) |

　　　　Plaintiff Robert Earl Samuels ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 6, 2012, Defendant Farnsworth filed a motion for summary judgment.  ECF No. 44.  On February 27, 2012, Defendants G. Adame, P. Gentry, B. Medrano, R. Nicholas, F. Rivera, E. Sailer, and D. Snyder filed a motion for summary judgment.  ECF No. 50.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 22, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days.  ECF No. 63.  No party filed a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2012, is adopted in full;

2. Defendants' motions for summary judgment, filed February 6, 2012, and February 27, 2012, are denied; and

3. The matter is referred to the Magistrate Judge for trial setting proceedings.

IT IS SO ORDERED.

Dated: September 20, 2012

CHIEF UNITED STATES DISTRICT JUDGE