# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS, | CASE NO. 1:09-cv-01320-SAB PC |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESS BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| G. ADAME, et al., | SERVICE WITHIN 10 DAYS |
| Defendants. | |

Plaintiff is a California state prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff has submitted the required fees made payable to the witness officer Valdez, being commanded to appear at trial on March 12, 2013 at 9:00 a.m. in Courtroom 9 before the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued subpoena to be served on:

    **Officer Valdez**
    24900 Highway 202
    Tehachapi, California 93561

    (2) One completed USM-285 form;

    (3) One money order No. 20660499808 in the amount of $ 215.00, made payable to **officer Valdez;**

    (4) Two copies of this order, one to accompany the subpoena, plus an

1

    extra copy for the Marshal.

2.  Within **ten (10) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and money order in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.  The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4.  Within **ten (10) days** after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:  **January 16, 2013**     /s/ **Stanley A. Boone**
                 UNITED STATES MAGISTRATE JUDGE