# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS,<br><br>              Plaintiff,<br><br>    v.<br><br>G. ADAME, et al.,<br><br>              Defendants. | CASE NO. 1:09-cv-01320-SAB PC<br><br>**ORDER RE: BRIEFING SCHEDULE and TELEPHONIC APPEARANCE AT MOTION IN LIMINE HEARING**<br><br><u>Motions In Limine Deadline</u>: February 11, 2013<br><u>Opposition</u>: February 25, 2013<br><br><u>Telephonic Motions In Limine Hearing</u>: March 4, 2013 at 11:00 a.m. in Courtroom 9 (SAB) |

Plaintiff Robert Earl Samuels ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is proceeding on Plaintiff's first amended complaint, filed December 31, 2009, against Defendants G. Adame, P. Gentry, B. Medrano, R. Nicholas, F. Rivera, E. Sailer, and D. Snyder for excessive force, and against Defendant C. Farnsworth for deliberate indifference to a serious medical need in violation of the Eighth Amendment. This matter is set for jury trial on March 12, 2013 at 8:15 a.m. before United States Magistrate Judge Stanley A. Boone.

A telephonic trial confirmation hearing occurred on February 1, 2013. Pursuant to that hearing, this matter is set for a telephonic motions in limine hearing. Accordingly, it is HEREBY ORDERED that:

    1.    The deadline for the filing of motions in limine is **February 11, 2013**;

    2.    The deadline to file any opposition is **February 25, 2013**;

    3.    This matter is set for telephonic motions in limine hearing before the Honorable

Stanley A. Boone on **March 4, 2013 at 11:00 a.m. in Courtroom 9**;

4. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic hearing and to initiate the telephonic hearing at **(559) 499-5200**.

IT IS SO ORDERED.

Dated:   **February 1, 2013**               /s/ **Stanley A. Boone**
                                    UNITED STATES MAGISTRATE JUDGE