# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS,<br><br>        Plaintiff,<br><br>    v.<br><br>G. ADAME, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:09-cv-01320-SAB PC<br><br>**ORDER GRANTING PLAINTIFF'S<br>MOTION FOR COURT CLOTHING** |

Plaintiff Robert Earl Samuels ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is proceeding on Plaintiff's first amended complaint, filed December 31, 2009, against Defendants G. Adame, P. Gentry, B. Medrano, R. Nicholas, F. Rivera, E. Sailer, and D. Snyder for excessive force, and against Defendant C. Farnsworth for deliberate indifference to a serious medical need in violation of the Eighth Amendment. This matter is set for jury trial on March 12, 2013 before the undersigned.

A telephonic pretrial hearing occurred on March 4, 2013. During the hearing, Plaintiff requested that his family be permitted to send him clothing to wear during trial. Accordingly,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for his family to be permitted to send him appropriate courtroom attire is granted, subject to the security concerns of the California Department of Corrections and Rehabilitation;

2. The clothing is to be sent to the following address:

1  Robert Earl Samuels CDCR No. F-61946
   c/o Will Adams, Litigation Coordinator
2  Kern Valley State Prison
   3000 West Cecil Avenue
3  Delano, CA 93216

4    3.   The Clerk of the Court is directed to fax a copy of this order to the litigation

5  coordinator at Kern Valley State Prison.

6

7  IT IS SO ORDERED.

8      Dated:   **March 4, 2013**                              
                                          UNITED STATES MAGISTRATE JUDGE