# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS,<br><br>    Plaintiff,<br><br>v.<br><br>G. ADAME, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01320-SAB PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 13, 2013 AT 8:30 A.M. IN COURTROOM 9 |

Plaintiff Robert Earl Samuels, CDCR #F-61946, shall be produced to appear before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, March 13 2013, in Courtroom 9, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   **March 12, 2013**

                                              UNITED STATES MAGISTRATE JUDGE