# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS, | CASE NO. 1:09-cv-01320-SAB PC |
| Plaintiff, | **ORDER DENYING DEFENDANT FARNSWORTH'S RULE 50 MOTION AS MOOT** |
| v. | |
| G. ADAME, et al., | |
| Defendants. | |

Plaintiff Robert Earl Samuels ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeded against Defendants G. Adame, P. Gentry, B. Medrano, R. Nicholas, F. Rivera, E. Sailer, and D. Snyder for excessive force, and against Defendant C. Farnsworth for deliberate indifference to a serious medical need in violation of the Eighth Amendment. At the conclusion of the Plaintiff's case on March 13, 2103, Defendant Farnsworth made a timely motion for directed verdict pursuant to Rule 50 of the Federal Rules of Civil Procedure. The Court heard argument and took the matter under submission. On that same date, a verdict was returned in favor of all Defendants and against Plaintiff. Because a verdict was returned in favor of Defendant Farnsworth,

IT IS HEREBY ORDERED that Defendant Farnsworth's Rule 50 motion is denied as MOOT.

IT IS SO ORDERED.

Dated: **March 13, 2013**

UNITED STATES MAGISTRATE JUDGE

1