# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SAMUELS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. ADAME, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-01320-SAB PC<br><br>NOTICE AND ORDER THAT ROBERT EARL SAMUELS IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on March 12, 2013. Jury trial concluded on March 13, 2013.

Accordingly, Plaintiff Robert Earl Samuels, CDCR #F-61946, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　Dated:　　March 13, 2013　　　　　　　　　　/s/ Jerry A. Boone
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1