UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT EARL SAMUELS,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:09-cv-01320-SAB (PC)

G. ADAME, et al.,

        Defendants.

_____/

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment be entered in favor of defendants G. Adame, F. Rivera, B. Medrano, P. Gentry, D. Snyder, E. Sailer, R. Nicholas and C. Farnsworth and against the plaintiff.

DATED: 3/13/13

                              VICTORIA MINOR, Clerk

                By:    Mamie Hernandez
                          Deputy Clerk